## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY *PG* D.C.

05 DEC 13 PM 3: 55

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 05-20270-B |
| | ) | |
| BRANDON DEWAYNE THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON CHANGE OF PLEA
### AND SETTING

This cause came to be heard on December 13, 2005, the United States Attorney for this district, Stephen Parker, appearing for the Government and the defendant, Brandon Dewayne Thomas, appearing in person, and with counsel, Randy Alden, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, MARCH 14, 2006, at 9:30 A.M.,** in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.

Defendant is allowed to remain released on present bond.

**ENTERED** this the 13 day of December, 2005.

**J. DANIEL BREEN**
**UNITED STATES DISTRICT JUDGE**

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-14-05      22

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20270 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT